UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
MOCKINGBIRD 38, LLC,

                        Plaintiff,

        -against-                               21-cv-0013 (LAK)

SELL IT SOCIAL, LLC,

                        Defendant.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        This action is dismissed with prejudice in light of the reported settlement and plaintiff's failure to respond to the November 3, 2021 order to show cause.

        SO ORDERED.

Dated:      November 16, 2021

                                                   Lewis A. Kaplan
                                          United States District Judge